UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

UNITED STATES OF AMERICA,

         Plaintiff,

Case No. 1:05-cr-239-01

v.

Hon. Richard Alan Enslen

JASON LOUIS TINKLENBERG,

**ORDER**

         Defendant.
_____/

      This matter is before the Court on Defendant Jason Louis Tinklenberg's Motion for the Court to Disregard a Sealed Psychiatric Report Concerning Defendant and Request to Forward an Initial Psychiatric Evaluation Report.

      The Court notes that although the Psychiatric Report ("Report") in question, dated May 2, 2006, from Human Resource Associates, and prepared by Jeffery T. Kieliszeski, Ph.D., was gleaned from a shorter interview with Defendant, such inadequacies were all noted in the Report. Further, the Report will be used and read in conjunction with the other psychiatric report prepared through the Bureau of Prisons, which Defendant wishes to be used.[1] The Court notes that the purpose of forwarding the Report is to assist and facilitate Defendant's mental health counseling and treatment while incarcerated; however, the Court makes no judgment as to how helpful such Report will be.

      **THEREFORE, IT IS HEREBY ORDERED** that Defendant Jason Louis Tinklenberg's Motion for the Court to Disregard a Sealed Psychiatric Report Concerning Defendant and Request to Forward an Initial Psychiatric Evaluation Report (Dkt. No. 141) is **DENIED**.

DATED in Kalamazoo, MI:     /s/ Richard Alan Enslen
                                      RICHARD ALAN ENSLEN
     January 8, 2007         SENIOR UNITED STATES DISTRICT JUDGE

---

[1] This initial report was not included in the Order of December 14, 2006, because such report is already in the possession of the Bureau of Prisons.